

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Skyler Williams, derivatively on behalf of Blackland Construction, Inc., | § | No. 08-19-00255-CV |
| | § | Appeal from the |
| Appellant, | § | |
| | § | 368th District Court |
| v. | § | of Williamson County, Texas |
| | § | (TC# 16-0655-C368) |
| James G. Miller; Abrielle O. Miller; and Blackland Construction, Inc., | § | |
| | § | |
| Appellees. | § | |

**O R D E R**

Appellee James G. Miller has filed with this Court a Notice of Suggestion of Bankruptcy under Chapter 13 of the Bankruptcy Code. Pursuant to 11 U.S.C. § 362(a), any further action in this appeal is automatically stayed. Under these circumstances, and for administrative purposes, it is ORDERED that this appeal is removed from the Court's docket and abated. The appeal will be reinstated upon proper motion showing that the stay has been lifted and specifying the action required by this Court.

Accordingly, the appeal is abated.

IT IS SO ORDERED this 13th day of November, 2019.


PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.